IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| Accor Franchising North America, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 12-3178-CV-S-JTM |
| | ) | |
| Kay Investments, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the notice of dismissal filed by plaintiff on May 3, 2012 [Doc 5], it is

**ORDERED** that Defendants Bottom Line Hotel Management & Consulting, LLC, and Edward W. Callison, Jr. are **DISMISSED WITH PREJUDICE** in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**